# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Derbyshire Machine & Tool Company | ) ASBCA Nos. 61948, 61949 |
| | ) |
| Under Contract No. N00104-12-C-BA45 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Paul Trenholm
                                  President

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Kimberly A. Miller, Esq.
                                    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: May 3, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61948, 61949, Appeals of Derbyshire Machine & Tool Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals